```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08713
   JAMES F GRESIK
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3990

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/11/2007 and was not confirmed.

     The case was dismissed without confirmation 08/29/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG      .00          .00           .00
SAXON MORTGAGE             MORTGAGE ARRE      .00          .00           .00
OAK TRUST CREDIT UNION     SECURED VEHIC      .00          .00           .00
OAK TRUST CREDIT UNION     SECURED NOT I      .00          .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED     25323.62          .00           .00
AMERICAN EXPRESS           UNSECURED     NOT FILED         .00           .00
ARMOR SYSTEMS CO           UNSECURED     NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED     13486.34          .00           .00
ECAST SETTLEMENT CORP      UNSECURED      6923.76          .00           .00
CAPITAL ONE                UNSECURED     NOT FILED         .00           .00
CHASE                      UNSECURED     NOT FILED         .00           .00
B-REAL LLC                 UNSECURED      1873.40          .00           .00
DISCOVER CARD              UNSECURED     NOT FILED         .00           .00
DISCOVER CARD              UNSECURED     NOT FILED         .00           .00
GEMB/BANANA REP            UNSECURED       378.92          .00           .00
KOHLS                      UNSECURED     NOT FILED         .00           .00
MEDICAL PAYMENT DATA       UNSECURED     NOT FILED         .00           .00
MERCHANTS CREDIT GUIDE C   UNSECURED     NOT FILED         .00           .00
NICOR GAS                  UNSECURED     NOT FILED         .00           .00
NORDSTROM FSB              UNSECURED     NOT FILED         .00           .00
OAK TRUST CREDIT UNION     UNSECURED      1170.00          .00           .00
SHELL/CITI                 UNSECURED     NOT FILED         .00           .00
VIRGINIA L GRESIK          NOTICE ONLY   NOT FILED         .00           .00
ROUNDUP FUNDING LLC        UNSECURED       359.84          .00           .00
ROBERT N HONIG             DEBTOR ATTY    2,250.00                    2,234.40
TOM VAUGHN                 TRUSTEE                                      165.60
DEBTOR REFUND              REFUND                                         .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    2,400.00

PRIORITY                                          .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08713 JAMES F GRESIK
```

```
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                               2,234.40
TRUSTEE COMPENSATION                                           165.60
DEBTOR REFUND                                                     .00
                                     ----------------   ----------------
TOTALS                                       2,400.00           2,400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/05/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 08713 JAMES F GRESIK